*United States v. Tadeo*, 222 F.3d 623, 625–26 (9th Cir.2000).

AFFIRMED.

UNITED STATES of America,
Plaintiff—Appellee,

v.

Daniel Joseph SANGREY, Defendant—
Appellant.

No. 01–30216.

D.C. No. CR–00–00100–DWM.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.*

Decided March 20, 2002.

Before FARRIS, W. FLETCHER, and
FISHER, Circuit Judges.

MEMORANDUM **

Daniel Joseph Sangrey appeals his conviction by guilty plea and sentence for one count of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Sangrey's attorney

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that he could not identify any viable issues for review. Our independent review of the record discloses no arguable issues. Counsel's motion to withdraw is therefore GRANTED and the judgment is

AFFIRMED.